A. P. Freund Sons, et al., Plaintiffs-Appellants, v. Harold H. Vaupell, et al., Defendants-Appellees.

Gen. No. 11,462.

Second District, Second Division.

May 25, 1961.

Stanley A. Durka, for appellant; Richard E. Steinbrecher, Marion Palleson Schaefer, and Elmer P. Schaefer, for appellee. Opinion by JUDGE WRIGHT. **Not to be published in full.**